UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BERKSHIRE SETTLEMENTS, INC.,
A Georgia Corporation,

                    Plaintiff,

    -against-

ALEXANDER ASHKENAZI,
An Individual and as Trustee for
HALPERT ALEXANDER TRUST,
A New York Trust,
MALI HALPERT, an Individual, and
CAMBRIDGE LIFE SETTLEMENTS, LLC,
A Foreign Corporation,

                    Defendants.
-----------------------------------------------------------X

CLERK'S NOTATION
OF DEFAULT
09-CV- 0006 (FB)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 2 2 2009 ★
BROOKLYN OFFICE

       I, Robert C. Heinemann, Clerk of the Court for the United States District Court for the Eastern District of New York, do hereby certify that the Affidavit of Service in the above-entitled action indicates that defendant, **ALEXANDER ASHKENAZI**, as Trustee for Halpert Alexander Trust, a New York Trust, was served with a copy of the Summons and Complaint on January 9, 2009, by delivering a copy of the Summons and Complaint to "Jane Smith," (who refused to state true name) a person of suitable age and discretion and a co-tenant of the defendant at the defendant's residence at 1426 57th Street, 2nd Floor, Brooklyn, New York 11219 and that on January 12, 2009, the Process Server mailed a copy of the Summons and Complaint to the defendant's last known address at 1426 57th Street, 2nd Floor, Brooklyn, New York 11219.

       I further certify that a review of the court file and docket entries indicates that defendant, **ALEXANDER ASHKENAZI**, as Trustee for Halpert Alexander Trust, a New York Trust, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The default of defendant, **ALEXANDER ASHKENAZI,** as Trustees for Halpert Alexander Trust, a New York Trust, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
May 22nd, 2009

ROBERT C. HEINEMANN
Clerk of Court

By: *Janet Hamilton*
Deputy Clerk