# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
BERKSHIRE/SETTLEMENTS, INC., et al.,
                                Plaintiff,

   -against-

ALEXANDER ASHKENAZI, An Individual and as Trustee for
HALPERT ALEXANDER TRUST, et al.,
                              Defendants.
---------------------------------------------------------------------X

Index No.: 1:09 CV 000006 (FB) (JO)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

      **DARREN HINDS**, being duly sworn, deposes and says:

      1.    That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

      2.    That on <u>September 14, 2009,</u> at approximately <u>6:10 p.m.</u>, <u>upon my fourth attempt,</u> I served by hand, by personally delivering to and leaving with a true and correct copy of the foregoing documents: **CROSS CLAIMS SUMMONS IN A CIVIL ACTION, DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)'S ANSWER TO SECOND AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND CROSS CLAIMS, DEFENDANT JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)'S RULE 7.1 STATEMENT** all upon **ALEXANDER ASHKENAZI, (an individual),** by Nail & Mail Service, by affixing said documents to the front door of the last known place of residence of Alexander Ashkenazi, which is a highly visible and well lit area; deponent left said documents after exercising due diligence, which service was posted at the address indicated below:

                ALEXANDER ASHKENAZI
                1426 57TH Street / Multi Family House / Middle Door
                Brooklyn, New York 11219

*Due Diligence Details are as follows*:    08/27/09 @ 8:30pm    09/03/09 @ 8:46am    09/10/09 @ 3:42pm

      4.    On <u>September 16, 2009,</u> I deposited in a United States Post Office within New York State, via Regular First Class Mail, another true copy of the abovementioned documents, properly enclosed and sealed in a post-paid envelope bearing the legend 'Personal and Confidential'. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is not from an attorney or concerns an action commenced against the person served, and was addressed to <u>ALEXANDER ASHKENAZI</u> at the address noted above.

Dated: September 18, 2009
       New York, New York

                                                                      DARREN HINDS
                                                                      License No.: 1194970

Sworn to before me on this the 18th day of September 2009.

NOTARY PUBLIC5

JENIQUE TORRES
Notary Public, State of New York
No. 01TO6092182
Qualified in New York County
Commission Expires May 12, 2011

---

RAPID & RELIABLE ATTORNEY SERVICE, INC.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*'We've built our service on your satisfaction'*