United States District Court
Eastern District of New York

---

Berkshire Settlements, Inc., et al.,

                                Plaintiff(s)

       -against-

Alexander Ashkenazi, et al.,

                            Defendant(s)

**AFFIDAVIT OF SERVICE**

Civil Action No. 09-CV-00006(FB) (JO)

Date Filed 10/6/2009

---

State of New York )
                      ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on October 7, 2009 at approximately 3:55 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law, Cross Claims Summons in a Civil Action, Defendant John Hancock Life Insurance Company (U.S.A.)'s Answer to Third Amended Complaint, Affirmative Defenses and Cross Claims with Jury Trial Demanded and Certificate of Service, that the party served was Cambridge Life Settlements LLC, a domestic limited liability company, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Chad Matice, a white male with black hair, being approximately 21-35 years of age; height of 5'9" - 6'0", weight of 180-200 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                   *Mary M. Bonville*
                                                                   Mary M. Bonville

Sworn to before me this   7th   day of October, 2009

*David J. Gentile*
David J. Gentile
Notary Public — State of New York
Qualified in Albany County
Registration No. 01GE6064647
Commission Expires: 10-01-2013