AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:09-CV-0006 (FB)(JO)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CAMBRIDGE LIFE SETTLEMENTS, LLC
was received by me on *(date)* 10-6-09 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Donna Christe → AGENT - NEW YORK STATE DEPT. OF STATE , who is designated by law to accept service of process on behalf of *(name of organization)*
CAMBRIDGE LIFE SETTLEMENTS, LLC on *(date)* 10-7-09 2:10pm ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: SERVED AT 99 Washington Avenue, Albany, NY SECRETARY OF STATE

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: October 7th, 2009

_____
Server's signature

Sarah Roberts
Printed name and title

P.O. Box 198
Lake Luzerne, NY 12846
Server's address

Additional information regarding attempted service, etc: