UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

BERKSHIRE SETTLEMENTS, INC.,
A Georgia Corporation, and
CHURCH STREET NOMINEES, LTD.
A Cayman Islands Corporation,

                       Plaintiffs,

-v.-

ALEXANDER ASHKENAZI, an individual and as
Trustee for HALPERT ALEXANDER TRUST, a
New York Trust, MALI HALPERT, an individual,
JOHN HANCOCK LIFE INSURANCE
COMPANY, A Foreign Corporation, and
CAMBRIDGE LIFE SETTLEMENTS, a New York
Corporation.

                       Defendants

------------------------------------------------------------ x

**ECF CASE**

CASE NO.: 09-CV-0006 (FB) (JO)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

DENIS URENA, being duly sworn, deposes and says:

1. That I am not a party to this action, am over the age of 18 years and I reside in New York County, New York.

2. That on October 16, 2009, at approximately 11:30 AM at 4512 Farragut Road, Brooklyn, New York, 11203, I served by hand, by personally delivering to and leaving a true and correct copy of defendant Mali Halpert's Amended Answer to Plaintiffs Third Amended Complaint, Affirmative Defenses and Cross-claims upon CAMBRIDGE LIFE SETTLEMENTS LLC, by personally delivering a true and correct copy thereof to JERRY EUGENE personally, who indicated that he was authorized to accept service on behalf of cross-claim defendant Cambridge Life Settlements LLC.

3. That Mr. JERRY EUGENE is a white male, balding with grey hair, who was between the ages of 51 and 65 years old, who was over six feet tall and who weighed over 200 lbs.

4. That I asked the person spoken to, i.e., Mr. JERRY EUGENE if he was authorized to accept service on behalf of cross-claim defendant Cambridge Life Settlement LLC. and he indicated that he was.

5. That I asked the person spoken to whether he was an active member of the military service of the United States or of the State of New York in any capacity and I received a negative reply. Further, the recipient wore ordinary civilian clothing and no military uniform. The source of my information and belief are the conversations and observations set forth herein. Upon information and belief, I aver that the recipient is not in the military service of New York or the United States as that term is defined by State or Federal law.

DENIS URENA
License No. 1304798

Sworn to before me this
27th day of October, 2009

JOSEPH A. GROB
NOTARY PUBLIC-STATE OF NEW YORK
No. 02GR5047350
Qualified in Nassau County
My Commission Expires July 31, 2009