Neil Merkl
Eric B. Post
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: nmerkl@kelleydrye.com
       epost@kelleydrye.com
*Attorneys for Defendant*
*John Hancock Life Insurance Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERKSHIRE SETTLEMENTS, INC., A Georgia Corporation, and CHURCH STREET NOMINEES LTD. An Isle of Man Corporation<br><br>       Plaintiff,<br><br>v.<br><br>ALEXANDER ASHKENAZI, An Individual and as Trustee for HALPERT ALEXANDER TRUST, A New York Trust, MALI HALPERT, an Individual, and CAMBRIDGE LIFE SETTLEMENTS, LLC A New York Corporation<br><br>       Defendants. | No: 09-CV-00006 (FB) (JO)<br><br>**NOTATION OF DEFAULT** |

    1.    I, Robert C. Heinemann, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the affidavit of service in the above-captioned action indicates that crossclaim defendant **Alexander Ashkenazi** was properly served with crossclaim plaintiff John Hancock Life Insurance Company (U.S.A.)'s ("Hancock") Answer to Plaintiff's Second Amended Complaint, Affirmative Defenses and Crossclaims, a Summons, and Hancock's Rule 7.1 statement on September 14, 2009, by "Nail and Mail" service

at 1426 57th Street, Brooklyn, New York 11219 in a highly visible and well lit area after three attempts at personal service on August 27, 2009, September 3, 2009 and September 10, 2009. The Affidavit of Service further indicates that on September 16, 2009, the process server mailed via first class mail a copy of Hancock's Answer to Plaintiff's Second Amended Complaint, Affirmative Defenses and Crossclaims, a Summons, and Hancock's Rule 7.1 statement to **Alexander Ashkenazi** at the address listed above. On September 21, 2009, the process server's Affidavit of Service was filed in this action. (Docket #58).

I further certify that a certificate of service executed by Hancock's counsel indicates that on October 6, 2009, Hancock served its Answer To Third Amended Complaint, Affirmative Defenses and Crossclaims on **Alexander Ashkenazi** in accordance with the Federal Rules of Civil Procedure at the address set forth above. The certificate of service was attached to and filed with Hancock's Crossclaims. (Docket #63).

I further certify that a review of the Court file and docket entries indicates that Crossclaim Defendant **Alexander Ashkenazi** has failed to plead or otherwise defend in response to Hancock's Crossclaims. Accordingly, the default of Crossclaim Defendant **Alexander Ashkenazi** is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      November ___, 2009

                              ROBERT C. HEINEMANN
                              Clerk of Court

                              By: _____
                                  Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of November, 2009, I caused to be served the attached NOTATION OF DEFAULT in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Charles P. Randall, Esq.
1200 N. Federal Hwy., #209
Boca Raton, FL 33432
Tel: (561) 750-5050
Fax: (561) 750-7272
Email: chuck@cprattorney.com
*Counsel for Plaintiffs*

William Watt Waldner, Esq.
Law Office of William Waldner
989 Avenue of the Americas, 4th Floor
New York, NY 10018
Tel: (212) 244-2882
Fax: (212-999-6694
Email: william@waldnerlaw.com
*Co-counsel for Plaintiffs*

Ira S. Lipsius, Esq.
Schindel, Farman, Lipsius,
 Gardner & Rabinovich
14 Penn Plaza, Suite 500
New York, NY 10122
*Counsel to Alexander Ashkenazi*

Dated: November 13, 2009

Robert L. Rimberg, Esq.
Joseph A. Grob, Esq.
Goldberg & Rimberg, PLLC
115 Broadway, 3rd Floor
New York, NY 10004
Tel: (212) 697-3250
Fax: (212)227-4533
Email: rlr@grlawpllc.com
    joeg@grlawpllc.com
*Counsel for Defendant Mali Halpert*

Alexander Ashkenazi
1426 57th Street
Brooklyn, NY 11219

*Crossclaim Defendant*

Halpert Alexander Trust
c/o Alexander Ashkenazi, Trustee
1426 57th Street
Brooklyn, NY 11219

*Crossclaim Defendant*

_____
Eric B. Post
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178