

| | |
|---|---|
| COURT | UNITED STATES DISTRICT COURT |
| COUNTY OF | EASTERN DISTRICT OF NEW YORK |

BERKSHIRE SETTLEMENTS, INC. ET AL.,

*Plaintiff(s)*

against

ALEXANDER ASHKENAZI, AN INDIVIDUAL AND AS TRUSTEE FOR HALPERT ALEXANDER TRUST, ET AL.,

*Defendant(s)*

Index No. 1:09-CV-000006 (FB)(JO)

*AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)*

SEE ATTACHED RIDER

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at FANWOOD, NEW JERSEY

That on 4/16/10 at 7:00 A.M., at 1426 57TH STREET, BROOKLYN, NEW YORK deponent served the within summons, *and complaint* on ALEXANDER ASHKENAZI, AN INDIVIDUAL defendant therein named, SEE ATTACHED RIDER

**4. [X] AFFIXING TO DOOR, ETC.** by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

ATTEMPTS: 4-7-10 AT 7:00 A.M.    4-13-10 AT 8:15 A.M. UNTIL 9:45 A.M.
4-7-10 AT 7:25 P.M.    CERTIFICATE OF MAILING 4-16-10 AT 1:22 P.M.
4-9-10 AT 6:45 A.M. UNTIL 8:20 A.M.
4-10-10 AT 10:00 P.M.
4-12-10 AT 9:15 A.M.

**5A. [X] MAILING TO RESIDENCE** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at 1426 57TH STREET, BROOKLYN, NY 11219 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

SOURCE: DEPARTMENT OF DEFENSE MAN POWER DATA CENTER (SEE ATTACHED)

**MILITARY SERVICE [X]** Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 4/21/10

Gabriela Galindo
Notary Public, State of New York
No. 01GA6187809
Qualified in Queens County
Commission Expires 6/02/2012

ADRIANO GINES
License No. 845419

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
EASTREN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BERKSHIRE SETTLEMENTS INC., et al.

                Plaintiff,

       Against

ALEXANDER ASHKENAZI, an Individual and
as Trustee for HALPERT ALEXANDER TRUST,
et al.
                Defendants.

------------------------------------------------------------------X

Case No. 1:09-cv-000006(FB)(JO)

RIDER TO AFFIDAVIT

List of Documents Served:

- CrossClaim Summons In a Civil Action

- Defendant John Hancock Life Insurance Company (U.S.A.)'s Answer to Fourth Amended Complaint, Affirmative Defenses CounterClaim and CrossClaims