UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERKSHIRE SETTLEMENTS, INC.,<br> A Georgia Corporation,<br>CHURCH STREET NOMINEES, LTD.<br> An Isle of Man Corporation, and<br>ASSURED FUND,<br> A Cayman Islands Corporation,<br><br>    Plaintiffs<br>v.<br><br>ALEXANDER ASHKENAZI,<br> An Individual and as Trustee for<br>HALPERT ALEXANDER TRUST,<br> A New York Trust,<br>MALI HALPERT, an Individual,<br>JOHN HANCOCK LIFE INSURANCE COMPANY<br> A Foreign Corporation,<br>CAMBRIDGE SETTLEMENTS, LLC<br> A New York Corporation,<br>GLOBAL LIFE SETTLEMENTS, INC.<br> A New York Corporation, and<br>JOEL ECKSTEIN,<br> An Individual.<br><br>    Defendants.<br>_____/ | CASE NO.: 09-CV-0006 (FB) (JO) |

### **PLAINTIFFS' NOTICE OF FILING COMPLAINT EXHIBITS D-N**

Plaintiffs attach hereto Exhibits D-N to their Fifth Amended Complaint.

I hereby certify that on June 6, 2010, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:   William Waldner, Co-counsel for Plaintiff, william@waldnerlaw.com; Robert L. Rimberg, Counsel for Halpert rlr@grlawpllc.com, Joe Grob, Counsel for Halpert, joeg@grlawpllc.com; Eric B. Post,

1

Counsel for Hancock, epost@kelleydrye.com.; Brian J. Green, Counsel for Cambridge, bgreen@eapdlaw.com.

*/s/ Charles P. Randall*
Charles P. Randall
Lead Counsel for Plaintiff
1200 N. Federal Hwy., #209
Boca Raton, Fl. 33432
TEL:   (561) 750-5050
FAX:   (561) 750-7272
email: chuck@cprattorney.com