Neil Merkl
Eric B. Post
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: nmerkl@kelleydrye.com
        epost@kelleydrye.com
*Attorneys for Defendant*
*John Hancock Life Insurance Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERKSHIRE SETTLEMENTS, INC., <br> A Georgia Corporation, and <br> CHURCH STREET NOMINEES LTD. <br> An Isle of Man Corporation, and <br> ASSURED FUND, <br> A Cayman Islands Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDER ASHKENAZI, <br> An Individual and as Trustee for <br> HALPERT ALEXANDER TRUST, <br> A New York Trust, <br> MALI HALPERT, an Individual, <br> JOHN HANCOCK LIFE INSURANCE <br> COMPANY, <br> A Massachusetts Corporation, <br> CAMBRIDGE LIFE SETTLEMENTS, LLC <br> A New York Corporation, <br> GLOBAL LIFE SETTLEMENTS, INC. <br> A New York Corporation, and <br> JOEL ECKSTEIN, <br> An Individual, <br><br> Defendants. | No: 09-CV-00006 (FB) (JO) <br><br><br> **NOTATION OF DEFAULT** |

I, Robert C. Heinemann, Clerk of Court of the United States District Court for the

Eastern District of New York, do hereby certify that the affidavits of service in the above-

captioned action indicates that crossclaim defendant Alexander Ashkenazi, individually and as

trustee of the Halpert Alexander Trust, was properly served with a Summons and crossclaim

plaintiff John Hancock Life Insurance Company (U.S.A.)'s ("Hancock") Answer to Plaintiff's

Fifth Amended Complaint, Affirmative Defenses, Counterclaims, and Crossclaims, on June 21,

2010, by "Nail and Mail" service at 1426 57th Street, Brooklyn, New York 11219 on the door of

the premises after three attempts at personal service on June 22, 2010, June 23, 2010, and June

24, 2010.  The Affidavits of Service further indicate that on June 24, 2010, the process server

mailed via first class mail, two copies of John Hancock's Answer to Plaintiffs' Fifth Amended

Complaint, Affirmative Defenses, Counterclaims, and Crossclaims and a Summons to Alexander

Ashkenazi, individually and as trustee for the Halpert Alexander Trust, at the address listed

above.  On June 25, 2010, the process server's Affidavits of Service were filed in this action.

[Dkt. # 162 & 163].

   I further certify that a review of the Court file and docket entries indicates that

Crossclaim Defendant Alexander Ashkenazi has failed to plead or otherwise defend in response

to Hancock's Crossclaims.  Accordingly, the default of Crossclaim Defendant Alexander

Ashkenazi is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
  August __, 2010

         ROBERT C. HEINEMANN
         Clerk of Court


         By: _____
           Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on this $\underline{3}$ ʳᵈ day of August, 2010, I caused to be served the

attached NOTATION OF DEFAULT in accordance with the Federal Rules of Civil Procedure,

and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic

Service upon the following parties and participants:

Charles P. Randall, Esq.
1200 N. Federal Hwy., #209
Boca Raton, FL 33432
Tel: (561) 750-5050, Fax: (561) 750-7272
Email: chuck@cprattorney.com
*Counsel for Plaintiffs and*
*Counterclaim- Defendants*

Robert L. Rimberg, Esq.
Joseph A. Grob, Esq.
Goldberg & Rimberg, PLLC
115 Broadway, 3ʳᵈ Floor
New York, NY 10004
Tel: (212) 697-3250, Fax: (212) 227-4533
Email: rlr@grlawpllc.com,
   joeg@grlawpllc.com
*Counsel for Defendant and*
*Counterclaim/ Crossclaim-Defendant*
*Mali Halpert*

William Watt Waldner, Esq.
Law Office of William Waldner
989 Avenue of the Americas, 4ᵗʰ Floor
New York, NY 10018
Tel: (212) 244-2882
Fax: (212-999-6694
Email: william@waldnerlaw.com
*Co-counsel for Plaintiffs and*
*Counterclaim-Defendants*

Brian J. Green, Esq.
Harvey A. Feintuch, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
Tel: (212) 912-2755, Fax: (888) 325-9621
Email: bgreen@eapdlaw.com
   hfeintuch@eapdlaw.com
*Counsel for Defendant and Crossclaim-*
*Defendant Cambridge Life Settlements, LLC*

Ira S. Lipsius, Esq.
Schindel, Farman, Lipsius,
 Gardner & Rabinovich
14 Penn Plaza, Suite 500
New York, NY 10122
Email: iral@sfl-legal.com
*Counsel to Alexander Ashkenazi (by email and*
*U.S. Mail)*

Dated: August $\underline{3}$, 2010

Eric B. Post