**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE

NEW YORK, NEW YORK 10178

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DIRECT LINE: (212) 808-7557
EMAIL: epost@kelleydrye.com

March 8, 2011

**VIA ECF**
Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Berkshire Settlements, Inc. v. Ashkenazi,* No. 09 CV 0006 (FB) (JO)

Dear Judge Block:

We represent John Hancock Life Insurance Company (U.S.A.) ("John Hancock") in the above-referenced action. John Hancock's opposition to plaintiffs' motion for summary judgment is due to be served March 11. We write to request permission to exceed by four (4) pages the page limit set forth in Rule 2C of Your Honor's Motion Practice Rules concerning memoranda of law opposing motions. This brief page limit extension is necessary in light of the number of parties and claims in this case.

Respectfully submitted,

/s/ *Eric B. Post*
Eric B. Post

cc: counsel of record (via ECF)

NY01/POSTE/1462647.1