# CHARLES P. RANDALL

ATTORNEY AT LAW
1200 NORTH FEDERAL HWY., SUITE 209
BOCA RATON, FLORIDA 33432-2845
TELEPHONE (561) 750-5050
FAX (561) 750-7272
*WWW.CPRATTORNEY.COM*
E-MAIL: *CHUCK@CPRATTORNEY.COM*

CHARLES P. RANDALL
ADMITTED TO PRACTICE IN
FLORIDA & CALIFORNIA

MARCH 11, 2011

VIA ECF

Honorable Frederick Block
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:     <u>Berkshire Settlements v. Ashkenazi, et al., 09-cv-6 (FB) (JO)</u>

Dear Judge Block:

      I represent the Plaintiffs in the above captioned action. This letter requests permission to exceed by 9 pages the Plaintiffs Response to Hancock's Motion For Summary Judgment. I need this additional space to address Hancock's 30 page Motion For Summary Judgment, its 14 page Response to the Plaintiffs' Motion For Summary Judgment and its 28 page Statement of Material Facts. I have not previously requested an enlargement. Thank you for your consideration.

Sincerely,

*/s/ Charles P. Randall*
Charles P. Randall
Block03.11.11