UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERKSHIRE SETTLEMENTS, INC., a Georgia
Corporation, and CHURCH STREET NOMINEES
LTD., an Isle of Man Corporation, and ASSURED
FUND, a Cayman Islands Corporation,

JUDGMENT
09-CV- 0006 (FB)

       Plaintiffs,

  -against-

ALEXANDER ASHKENAZI, an Individual and
as a Trustee for HALPERT ALEXANDER TRUST,
a New York Trust, MALI HALPERT, and
Individual, JOHN HANCOCK LIFE
INSURANCE COMPANY, a Massachusetts
Corporation, CAMBRIDGE LIFE
SETTLEMENTS, LLC, a New York Corporation,
GLOBAL LIFE SETTLEMENTS, INC., a New
York Corporation, and JOEL ECKSTEIN, an
Individual,

       Defendants.
------------------------------------------------------------X

  A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on January 6, 2012, directing the Clerk of Court to enter the following as a declaratory judgment:

> John Hancock Life Insurance Company's Policy Number UL 001418490 is hereby declared to be in force as of the date of this judgment; provided that Plaintiffs, Berkshire Settlement, Inc., a Georgia Corporation, and Church Street Nominees Ltd., an Isle of Man Corporation, and Assured Fund, a Cayman Islands Corporation, or any of them, tender $1,025,121.82 to John Hancock by January 31, 2012. Failure to make the required tender by that date shall render the foregoing declaration void. Neither the making nor the acceptance of the required tender shall waive or otherwise prejudice any party's appellate rights;

JUDGMENT
09-CV- 0006 (FB)

ordering that within thirty days of the Court's Memorandum and Order, Plaintiffs shall (1) move for default judgment against Alexander Ashkenazi, and (2) inform the Court, after consultation with John Hancock's counsel, of an agreed-upon briefing schedule on its motion for attorney's fees and costs; and dismissing all remaining claims; it is

ORDERED and ADJUDGED that a final declaratory judgment in hereby entered; John Hancock Life Insurance Company Policy Number UL 001418490 is hereby declared to be in force as of the date of this judgment; provided that Plaintiffs Berkshire Settlements, Inc., a Georgia Corporation, and Church Street Nominees Ltd., an Isle of Man Corporation, and Assured Fund, a Cayman Island Corporation, or any of them, tender $1,025,121.82 to John Hancock by January 31, 2012; that failure to make the required tender by that date shall render the foregoing declaration void; that neither the making nor the acceptance of the required tender shall waive or otherwise prejudice any party's appellate rights; that within thirty days of the Court's Memorandum and Order, Plaintiffs shall (1) move for default judgment against Alexander Ashkenazi, and (2) inform the Court, after consultation with John Hancock's counsel, of an agreed-upon briefing schedule on its motion for attorney's fees and costs; and that all remaining claims are dismissed.

Dated: Brooklyn, New York
       January 09, 2012

s/ DCP
_____
DOUGLAS C. PALMER
Clerk of Court