UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BERKSHIRE SETTLEMENTS, INC.,　　　　　　CASE NO.: 09-CV-0006 (FB) (JO)
 A Georgia Corporation,
CHURCH STREET NOMINEES, LTD.
 An Isle of Man Corporation, and
ASSURED FUND,
 A Cayman Islands Corporation,

　　　　Plaintiffs
v.

ALEXANDER ASHKENAZI,
 An Individual and as Trustee for
HALPERT ALEXANDER TRUST,
 A New York Trust,
MALI HALPERT, an Individual,
JOHN HANCOCK LIFE INSURANCE COMPANY
 A Foreign Corporation,
CAMBRIDGE SETTLEMENTS, LLC
 A New York Corporation,
GLOBAL LIFE SETTLEMENTS, INC.
 A New York Corporation, and
JOEL ECKSTEIN,
 An Individual.

　　　　Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING EXHIBITS PURSUANT TO D.E. 239

　　　　Plaintiffs file these Exhibits pursuant to Scheduling Order 239:

　　1.　　Affidavit of David Mark Hindle;

　　2.　　Transcript of Alexander Ashkenazi;

　　3.　　Premium Notice;

　　4.　　Ashkanazi's NSF Checks.

1

2

I hereby certify that on February 27, 2012, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:   William Waldner, Co-counsel for Plaintiff, william@waldnerlaw.com; Robert L. Rimberg, Counsel for Halpert rlr@grlawpllc.com, Joe Grob, Counsel for Halpert, joeg@grlawpllc.com; Eric B. Post, Counsel for Hancock, epost@kelleydrye.com.; Brian J. Green, Counsel for Cambridge, bgreen@eapdlaw.com; Michael Paneth, Counsel for Global & Eckstein, mpaneth@trefflowy.com; Alexander Ashkenazi, 1426 57th St., Brooklyn, NY 11219.

*/s/ Charles P. Randall*
Charles P. Randall
Lead Counsel for Plaintiff
8000 N. Federal Hwy., #330
Boca Raton, Fl. 33487
TEL:   (561) 750-5050
FAX:   (561) 750-7272
email: chuck@cprattorney.com