UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BERKSHIRE SETTLEMENTS, INC.,           CASE NO.: 09-CV-0006 (FB) (JO)
 A Georgia Corporation,
CHURCH STREET NOMINEES, LTD.
 An Isle of Man Corporation, and
ASSURED FUND,
 A Cayman Islands Corporation,

      Plaintiffs
v.

ALEXANDER ASHKENAZI,
 An Individual and as Trustee for
HALPERT ALEXANDER TRUST,
 A New York Trust,
MALI HALPERT, an Individual,
JOHN HANCOCK LIFE INSURANCE COMPANY
 A Foreign Corporation,
CAMBRIDGE SETTLEMENTS, LLC
 A New York Corporation,
GLOBAL LIFE SETTLEMENTS, INC.
 A New York Corporation, and
JOEL ECKSTEIN,
 An Individual.

      Defendants.
_____/

## ASSURED FUND'S NOTICE OF READINESS REGARDING MOTION FOR DEFAULT JUDGMENT AGAINST ALEXANDER ASHKENAZI

      Plaintiff, Assured Fund, gives notice that service of process is complete, the Clerk has entered a notation of default and that it is ready to proceed on its Motion For Default Judgment Against Alexander Ashkenazi.

I hereby certify that on July 30, 2012, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:   William Waldner, Co-counsel for Plaintiff, william@waldnerlaw.com; Robert L. Rimberg, Counsel for Halpert rlr@grlawpllc.com, Joe Grob, Counsel for Halpert, joeg@grlawpllc.com; Eric B. Post, Counsel for Hancock, epost@kelleydrye.com.; Brian J. Green, Counsel for Cambridge, bgreen@eapdlaw.com; Michael Paneth, Counsel for Global & Eckstein, mpaneth@trefflowy.com, and by mail to Alexander Ashkenazi, 1426 57th Street, 2nd Floor, Brooklyn, New York 11219.

*/s/ Charles P. Randall*
Charles P. Randall
Lead Counsel for Plaintiff
8000 N. Federal Hwy., #330
Boca Raton, Fl. 33487
TEL:   (561) 750-5050
FAX:   (561) 750-7272
email: chuck@cprattorney.com